IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| NATHAN C. BELL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 1:25-cv-0315-RAH-CWB |
| ) | |
| SOCIAL SECURITY ADMINISTRATION, ) | |
| ) | |
| Defendant. ) | |

### ORDER

On August 21, 2025, the Magistrate Judge recommended that this action be dismissed without prejudice for failure to state a claim and failure to exhaust. (*See* doc. 9.) Plaintiff was given until September 5, 2025, to file an objection. To date, Plaintiff has not filed an objection or any other response.

After an independent review of the file, for good cause, and there being no objection, it is **ORDERED** as follows:

(1) The Recommendation (doc. 9) is **ADOPTED**;

(2) The Defendant's Motion to Dismiss (doc. 7) is **GRANTED**; and,

(3) This case is **DISMISSED** without prejudice.

Final Judgment will be entered separately.

DONE, on this the 16th day of September 2025.

R. AUSTIN HUFFAKER, JR.
UNITED STATES DISTRICT JUDGE